

1125 Atlantic Avenue – 3rd Floor
Atlantic City, NJ 08401
Phone (609) 344-3161
Toll Free (800) 529-3161
Fax (609) 344-0939
www.cooperlevenson.com

**RUSSELL L. LICHTENSTEIN**
Also Admitted to PA and NY Bar
Certified by the N.J. Supreme Court as a Civil Trial Attorney
Certified by the National Board of Trial Advocacy as a Civil Trial Advocate
EMAIL: rlichtenstein@cooperlevenson.com

Direct Phone (609) 572-7676
Direct Fax (609) 572-7677

FILE NO. 59004/00004

December 1, 2021

Via Electronic Filing

The Honorable C. Darnell Jones, II, USDJ
United State District Court for the
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

  Re: Yoscata Martinez v. Chester Downs and Marina, LLC d/b/a Harrah's Philadelphia
     Casino & Racetrack
     Civil Action No. 2:21-cv-01852-CDJ

Dear Judge Jones:

  I am pleased to advise the Court that the parties have reached an agreement in principle to settle the above-entitled matter.

  I would ask that the Court enter a 60-day order so that the parties may exchange the appropriate documents necessary to conclude this matter.

  As always, I appreciate the assistance of the Court during the pendency of this matter.

              Respectfully Submitted,

              Russell L. Lichtenstein

RLL/tlk

cc: Scott E. Diamond, Esquire (*via Electronic Filing*)

CLAC 6682753.1